UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

UNITED STATES OF AMERICA						14-0290M (AKT)

   -against-

PARDEEP MALIK and						NOTICE OF APPEARANCE
HAMANT MALIK,
            Defendants.
-------------------------------------------------x

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: PARDEEP MALIK.

Dated: April 10, 2014
New York, New York

                                                                     /s/
                                                    Joseph F. Kasper
                                                          jk(4720)
                                              105-30 Cross Bay Blvd.
                                      Ozone Park, New York 11417
                                                  T (718) 848-8122
                                                  F (718) 738-5314